◡ ⸑

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PRZEMYSLAW GRYCZEWSKI,     :
    Plaintiff,     :
    :
v.     :     **CIVIL ACTION NO. 18-CV-4762**
    :
MAYOR JAMES KENNY, *et al.*,     :
    Defendants.     :

**FILED**

JAN 0 2 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 2 ᴺᴰday of January, 2019, upon consideration of *pro se* Plaintiff

Przemyslaw Gryczewski's payment of the assessed initial partial filing fee of $5.44, his renewed

Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 7), and his Complaint (ECF No. 2), it

is **ORDERED** that:

1.     Leave to proceed *in forma pauperis* is **GRANTED**.

2.     The Complaint is **DEEMED** filed.

3.     The Complaint is **DISMISSED without prejudice** for failure to state a claim,

pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

4.     Gryczewski is given leave to file an amended complaint within thirty (30) days of

the date of this Order in the event he can state a plausible claim against an appropriate defendant

or defendants. Any amended complaint shall name all defendants in the caption of the amended

complaint and should state how each defendant was responsible for violating Gryczewski's

rights. Any amended complaint must be a complete document that does not rely on

Gryczewski's prior pleadings to state a claim. Upon the filing of an amended complaint, the

Clerk shall not make service until so **ORDERED**.

5.    The Clerk of Court is **DIRECTED** to send Gryczewski a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a prisoner civil rights action bearing the above-captioned civil action number. Gryczewski may use this form to prepare his amended complaint.

6.    If Gryczewski fails to file an amended complaint in accordance with this Order, his case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**